## CHRISTOPHER KENNEDY *v.* LEANNA KENNEDY

The plaintiff's petition for certification for appeal from the Appellate Court (AC 27865) is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Christopher Kennedy*, pro se, in support of the petition.

Decided May 8, 2007

---

## JASON CASIANO *v.* COMMISSIONER OF CORRECTION

The petitioner Jason Casiano's petition for certification for appeal from the Appellate Court, 79 Conn. App. 828 (AC 23358), is denied.

*Brian D. Russell*, special public defender, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided May 15, 2007